**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00029-CR

### EX PARTE FRANK DELVIS MAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-2371-2012**

## ORDER

Appellant's February 20, 2013 motion to extend the time to file appellant's brief is **GRANTED** to the extent of the following relief.

The Court has received information that the court reporter has undergone medical treatment and will need an extension of time to prepare the reporter's record. We **EXTEND** the time to file the reporter's record to **April 25, 2013**. Appellant's brief shall be due by **May 24, 2013**. The State's brief shall be due by **June 24, 2013**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* Tex. R. App. P. 31.1.

The appeal is **REMOVED** from its current submission date of **April 1, 2013**. The appeal will be submitted without oral argument on **August 1, 2013** before a panel consisting of Chief Justice Wright and Justices Myers and Evans. *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Denise Condran, official court reporter, County Court at Law No. 3, and to counsel for all parties.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE